NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
### DIVISION ONE

---

STATE OF ARIZONA, *Respondent*,

*v.*

JENSEN EDWARD THOMAS, *Petitioner*.

No. 1 CA-CR 17-0797 PRPC
FILED 5-15-2018

---

Appeal from the Superior Court in Yuma County
No. S1400CR201300151
The Honorable Lawrence C. Kenworthy, Judge

**REVIEW GRANTED; RELIEF DENIED**

---

COUNSEL

Yuma County Attorney's Office, Yuma
By Charles V. S. Platt
*Counsel for Respondent*

Jensen Edward Thomas, Florence
*Petitioner*

## MEMORANDUM DECISION

Presiding Judge Jon W. Thompson, Judge Peter B. Swann, and Judge James P. Beene delivered the decision of the Court.

**P E R   C U R I U M**:

**¶1**      Petitioner Jensen Edward Thomas seeks review of the superior court's order denying his petition for post-conviction relief, filed pursuant to Arizona Rule of Criminal Procedure 32.1.

**¶2**      Absent an abuse of discretion or error of law, this Court will not disturb a superior court's ruling on a petition for post-conviction relief. *State v. Gutierrez*, 229 Ariz. 573, 576-77, ¶ 19 (2012).  It is the petitioner's burden to show that the superior court abused its discretion in denying the petition.  *See State v. Poblete*, 227 Ariz. 537, 538, ¶ 1 (App. 2011).

**¶3**      We have reviewed the record in this matter, the superior court's order denying the petition for post-conviction relief, and the petition for review.  We find that petitioner has not shown an abuse of discretion.

**¶4**      Accordingly, we grant review and deny relief.

